# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **RICARDO O'BRIEN CROOKS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **Case No. 4:12-cv-00343-CLS-MHH** |
| ) | |
| **ERIC H. HOLDER, JR.,** ) | |
| **PHILIP T. MILLER,** ) | |
| **SCOTT HASSEL.** ) | |
| ) | |
| Respondents. ) | |

## ORDER

This case is before the court on the petition for a writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241. (Doc. no. 1). The magistrate judge filed a report and recommendation on September 6, 2013. (Doc. no. 26). Petitioner filed objections on September 11, 2013 and September 16, 2013. (Docs. 28-29).[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and her recommendation is ACCEPTED. Consequently, petitioner's

---

[1] Under the prison mail rule, Mr. Crooks's objections are deemed filed on the day that he executed them and gave them to members of the prison staff for mailing. The Clerk of Court docketed Mr. Crooks's first set of objections on September 13, 2013. (Doc. no. 28). The Clerk docketed Mr. Crooks's supplemental objections on September 18, 2013. (Doc. no. 29).

objections are overruled and the petition for writ of *habeas corpus* is DENIED and DISMISSED with prejudice.[2]

DONE and ORDERED this 30th day of September, 2013.

_____
United States District Judge

---

[2] Mr. Crooks attached to his objections to the report and recommendation a "motion to be assigned counsel." (Doc. 28, pp. 9-12). Because the Court dismisses Mr. Crooks's petition, the Court does not reach his request for appointment of counsel.